IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEI DEVELOPMENT, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause Number. 4:08CV1150 HEA |
| | ) | |
| LIQUID SOLUTIONS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The bond posted in this matter is hereby released, and the Court's Temporary Restraining Order entered on August 7, 2008 is hereby dissolved.

Dated this 13th day of August, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE